UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

**DATE:** April 4, 2011

**TO:** Honorable Kiyo A. Matsumoto
United States District Judge

**RE:** **Daniel Bogan**
**Docket # 1:11CR30 -4**
**Informational Memorandum**

The above named defendant was arrested by FBI agents on January 20, 2011, and charged with violation of 18 U.S.C 1962-7480.F, Racketeering and 18 U.S.C. 894.F, Collection of Credit by Extortion. He made his initial appearance the same day before the Honorable Joan M. Azrack and was released on a $500,000 secured bond cosigned by four financially responsible sureties with the following conditions: report to Pretrial Services as directed, travel restricted to New York City, Long Island, and New Jersey, surrender and do not apply for a passport, no contact with co-defendants except in the presence of counsel, and random home and employment visits.

We are writing to advise your Honor that the defendant has violated his release conditions. Specifically, on February 2, 2011, the defendant was issued two summonses by the New York City Police Department for Parking in Violation of a Sign and Disorderly Conduct, and he is scheduled to appear in Richmond County Criminal Court on April 15, 2011 to answer to these charges. On March 5, 2011, the defendant was again issued two summonses by the New York City Police Department for Improper Lane Change -Aggravating Driving- Failure to Signal and Failure to present a valid Insurance Card. It is imperative to note that the defendant notified Pretrial Services on both occasions: on February 2, 2011, he advised he was stopped by police for blocking a fire lane and not moving when he was instructed to do so. He also reported he was stopped by police on March 5, 2011, for speeding and he did not have a valid insurance card. The defendant was warned about consequences of his behavior while out on bail, and he stated it would not happen again.

It should be noted that aside from the above noted activities, the defendant has complied with his bail release conditions thus far and a criminal records check did not reflect the above incident. Therefore, Pretrial Services is not requesting any action at this time. This information is being provided to Your Honor for informational purposes only. We will continue to monitor the defendant closely and will report any additional noncompliance to the Court. We have notified Assistant United States Attorney Allon Lifshitz and Defense Counsel Joseph Sorrentino of this matter. Should your honor have any questions please contact the undersigned at (718) 613-2246.

Prepared by: *[signature]*
Afonso Fernandes
U.S. Pretrial Services Officer

Approved by: *[signature]*
Daisy Toscano
Supervising Pretrial Services Officer

cc: AUSA Allon Lifshitz
Defense Counsel Joseph Sorrentino